UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT DAVIS an individual, | Case No.: CV 10-05158 EJD |
| PLAINTIFF, | Assigned to the Honorable, Edward J. Davila Judge of Courtroom "1" |
| v. | |
| BLACKSTONE CONSULTING, INC., a California business corporation; JOSEPH BLACKSTONE and BRUCE MARQUARDT, individuals; and DOES 1-10, business entity(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive, | **ORDER AND DISMISAL WITH PREJUDICE** |
| Defendant(s). | |

Upon reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

///

///

///

///

///

///

1  **IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that this action be dismissed
2  with prejudice, with each party to bear their own attorney's fees and costs to achieve said dismissal.
3  The Court shall retain jurisdiction only to enforce their Stipulation between the parties.
4
5  **IT IS SO ORDERED.** The Clerk shall close this file.
6
7  DATED: April 29, 2011 _____                    _____
                                                  THE HONORABLE EDWARD J. DAVILA
8                                                 UNITED STATES DISTRICT COURT JUDGE